# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| Brian Murph, | : |
| | : |
| Plaintiff, | : Civil Action No.: 4:16-cv-03455 |
| v. | : |
| Gatestone & Co. International Inc., | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and with each party to bear its own attorney's fees and costs.

| Brian Murph | Gatestone & Co. International Inc. |
|---|---|
| /s/ Jenny DeFrancisco | /s/ Whitney L. White |
| Jenny DeFrancisco, Esq. | Whitney White, Esq. |
| CT Bar No. 432383 | TX Bar No. 24075269 |
| LEMBERG LAW, L.L.C. | Sessions, Fishman, Nathan & Israel, LLC |
| 43 Danbury Road, 3rd Floor | 900 Jackson Street, Suite 440 |
| Wilton, CT 06897 | Dallas, Texas 75202 |
| Telephone: (203) 653-2250 | Telephone: (214) 741-3001 |
| Facsimile: (203) 653-3424 | Facsimile: (214) 741-3055 |
| Attorney for Plaintiff | E-mail: wwhite@sessions.legal |
| | Attorney for Defendant |

_____

SO ORDERED

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2017, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Southern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Jenny DeFrancisco  
Jenny DeFrancisco